April 17, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES BAXTER, Appellant

NO. 14-10-00510-CV                    V.

ADVANTAGE CLAIMS RECOVERY, PAMELA DAVIS AND RICHARD DAVIS,
Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 2, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by JAMES BAXTER.

We further order this decision certified below for observance.